1  Eric Perrott, Esq.
   Gerben Law Firm PLLC
2  1050 Connecticut Ave NW, Suite 500
3  Washington, DC 20036
   Telephone: (202) 780-9191
4  Facsimile: (202)
   eperrott@gerbenlawfirm.com
5
   Attorney for Petitioner
6  Gerben Law Firm, PLLC

7

8                    **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF VIRGINIA**

10                          **ALEXANDRIA DIVISION**

11 | In Re DMCA Subpoena to Vilmi Henri Kalle Johannes CORPORATION and Internet Domain Service BS Corp. | Case No.:

12 | | **Petitioner's Request to the Clerk of Courts Pursuant to 17 U.S.C. 512(h) for Issuance of Subpoena to Vilmi Henri Kalle Johannes CORPORATION and Internet Domain Service BS Corp to Identify Alleged Infringers**

18      Petitioner Gerben Law Firm ("Petitioner") files this request asking the Clerk of Court to

19 issue subpoenas to Vilmi Henri Kalle Johannes CORPORATION (also known as

20 OrangeWebsite.Com) ("OrangeWebsite.com") and Internet Domain Service BS Corp. (also

22 known as InternetBS) ("InternetBS") for the narrow purpose of identifying the alleged

23 infringer(s) pursuant to the Digital Millennium Copyright Act (the "DMCA"), 17 U.S.C. §

24 512(g). The proposed DMCA subpoenas are attached hereto as Exhibit A.

25      Petitioner directs this action at OrangeWebsite.com and InternetBS, seeking information

26 concerning www.gerbentrademark.com, a website that posted content that infringed the

28 copyrights held by Petitioner.

Petitioner has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. 512(h), namely: (1) Petitioners have submitted copies of the notifications they sent to Vilmi Henri Kalle Johannes CORPORATION and Internet Domain Service BS Corp. pursuant to 17 U.S.C. § 512(c)(3)(A) attached hereto as Exhibit A to the Gerben Declaration; (2) Petitioners have submitted the proposed DMCA subpoena concurrently herewith as Exhibit A; and (3) Petitioners have submitted a sworn declaration confirming that the purpose for which the DMCA subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Petitioners' rights under Title 17 U.S.C. § 512(h)(2). Petitioner submits the declaration of Joshua M. Gerben in support of compliance with the above notification procedure.

As Petitioner has satisfied the requirements under 17 U.S.C. 512(g), Petitioners asks the Clerk of Courts to issue and sign the proposed subpoenas and return to Petitioner's undersigned counsel for service.

Dated: May 18, 2018                       GERBEN LAW FIRM, PLLC

Eric Perrott, Esq.
Attorney for Plaintiffs
Gerben Law Firm, PLLC