1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

1  Eric Perrott, Esq.
   Gerben Law Firm PLLC
2  1050 Connecticut Ave NW, Suite 500
   Washington, DC 20036
3  Telephone: (202) 780-9191
   Facsimile: (202)
4  eperrott@gerbenlawfirm.com
5
   Attorney for Petitioner
6  Gerben Law Firm, PLLC
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF VIRGINIA**
10                  **ALEXANDRIA DIVISION**
11  In Re DMCA Subpoena to Vilmi Henri         Case No.:
    Kalle Johannes CORPORATION and
12  Internet Domain Service BS Corp.           **Petitioner's Request to the Clerk of
                                               Courts Pursuant to 17 U.S.C.
13                                             512(h) for Issuance of Subpoena to
                                               Vilmi Henri Kalle Johannes
14                                             CORPORATION and Internet
                                               Domain Service BS Corp to Identify
15                                             Alleged Infringers**
16
17
18              **DECLARATION OF JOSHUA M. GERBEN, ESQ.**
19
20        I, Josh Gerben, principle of Gerben Law Firm, PLLC, the Petitioner in the above-
21  captioned matter, hereby declare as follows:
22        1.      I am the principle of Gerben Law Firm, PLLC.
23        **2.**      I submit this declaration in support of the Petitioner's Request to the Clerk of
24  Courts Pursuant to 17 U.S.C. 512(h) for Issuance of Subpoenas to Vilmi Henri Kalle Johannes
25  CORPORATION (also known as OrangeWebsite.Com) ("OrangeWebsite.com") and Internet
26  Domain Service BS Corp. (also known as InternetBS) ("InternetBS") to Identify Alleged
27
28  Infringers (the "Subpoenas") to identify the owner(s) and operator(s) of gerbentrademark.com, a

website that has copied my firm's copyrighted works that are the subject of take down notifications pursuant to 17 U.S.C. § 512(c)(3)(A) to OrangeWebsite.com and InternetBS attached as Exhibit A to this Declaration.

3.     I have a good-faith belief that the Petitioners' rights under the U.S. Copyright Law has been infringed by the owner(s) and/or operator(s) of www.gerbentrademark.com.

4.     The purpose for which the Subpoenas at issue are being requested is for the sole purpose of obtaining the identified of the alleged infringer(s) and such information will only be used for the purpose of protecting Petitioner's rights under the U.S. Copyright Act.

I declare, under penalty of perjury under the laws of Virginia and the United States of America that the forgoing is true and correct.


Executed on May 18, 2018, in Lancaster, PA.


Respectfully submitted,



Joshua M. Gerben, Esq.
jgerben@gerbenlawfirm.com
Principle
Gerben Law Firm PLLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**



1050 CONNECTICUT AVE NW, SUITE 500 | WASHINGTON, DC 20036 | 202.294.2287

**FOR SETTLEMENT PURPOSES ONLY**
**SUBJECT TO FEDERAL RULE OF EVIDENCE 408**

May 10, 2018

Vilmi Henri Kalle Johannes CORPORATION
Orangewebsite.com
Klapparstígur 7
101 Reykjavík, Iceland
abuse@orangewebsite.com.

*VIA ELECTRONIC MAIL*

**Re: DMCA Take-Down Notice**

Dear OrangeWebsite.com,

I am the principal of Gerben Law Firm, PLLC, a trademark law firm located in Washington, D.C. Gerben Law Firm owns the registered copyrights in all of the content on its website, www.gerbenlaw.com. Gerben Law Firm is also the owner of the registered copyright registration, TX0008369286 for the content on its website.

It has come to our attention that one of your customers is hosting unauthorized copies of Gerben Law Firm's copyrighted works on the domain name, www.gerbentrademark.com (proof attached as Exhibit A.) The material being hosted by the owner of www.gerbentrademark.com infringes on Gerben Law Firm's copyrighted works.

Gerben Law Firm may be contacted at:

Joshua M. Gerben, Esq.
jgerben@gerbenlawfirm.com
1050 Connecticut Ave NW, Suite 500
Washington, DC 20036
(202) 294-2287

I have a good faith belief that use of the material in the manner complained of, is not authorized by the copyright owner, its agent, or the law. The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of Gerben Law Firm, PLLC, the owner of an exclusive right that is allegedly infringed.

FRE 408 Communication
Re: DMCA Take-Down Notice
May 10, 2018


        Nothing contained in this letter, nor any act or omission by Gerben Law Firm LLC's staff is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights or remedies which Gerben Law Firm may have regarding this matter, and all rights and remedies, whether at law or in equity, are hereby expressly reserved.


                Kind Regards,


                Joshua M. Gerben, Esq.
                Gerben Law Firm, PLLC
                1050 Connecticut Ave NW
                Suite 500
                Washington, D.C. 20036

FRE 408 Communication
Re: DMCA Take-Down Notice
May 10, 2018

EXHIBIT A



www.gerbentrademark.com

FRE 408 Communication
Re: DMCA Take-Down Notice
May 10, 2018



[www.gerbenlaw.com](http://www.gerbenlaw.com)



1050 CONNECTICUT AVE NW, SUITE 500 | WASHINGTON, DC 20036 | 202.294.2287

**FOR SETTLEMENT PURPOSES ONLY**
**SUBJECT TO FEDERAL RULE OF EVIDENCE 408**

May 10, 2018

Internet Domain Service BS Corp.
Ocean Centre, Montagu Foreshore
East Bay Street
Nassau. The Bahamas
P.O. Box SS-19084

*VIA ELECTRONIC MAIL*

**Re: DMCA Take-Down Notice**

Dear Internet Domain Service BS Corp.,

I am the principal of Gerben Law Firm, PLLC, a trademark law firm located in Washington, D.C. Gerben Law Firm owns the registered copyrights in all of the content on its website, www.gerbenlaw.com. Gerben Law Firm is also the owner of the registered copyright registration, TX0008369286 for the content on its website.

It has come to our attention that one of your customers is hosting unauthorized copies of Gerben Law Firm's copyrighted works on the domain name www.gerbentrademark.com (proof attached as Exhibit A.) The material being hosting by the owner of www.gerbentrademark.com infringes on Gerben Law Firm's copyrighted works.

Gerben Law Firm may be contacted at:

Joshua M. Gerben, Esq.
jgerben@gerbenlawfirm.com
1050 Connecticut Ave NW, Suite 500
Washington, DC 20036
(202) 294-2287

I have a good faith belief that use of the material in the manner complained of, is not authorized by the copyright owner, its agent, or the law. The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of Gerben Law Firm, PLLC, the owner of an exclusive right that is allegedly infringed.

FRE 408 Communication
Re: DMCA Take-Down Notice
May 10, 2018


     Nothing contained in this letter, nor any act or omission by Gerben Law Firm LLC's staff is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights or remedies which Gerben Law Firm may have regarding this matter, and all rights and remedies, whether at law or in equity, are hereby expressly reserved.


     Kind Regards,


     Joshua M. Gerben, Esq.
     Gerben Law Firm, PLLC
     1050 Connecticut Ave NW
     Suite 500
     Washington, D.C. 20036

FRE 408 Communication
Re: DMCA Take-Down Notice
May 10, 2018

EXHIBIT A



www.gerbentrademark.com

FRE 408 Communication
Re: DMCA Take-Down Notice
May 10, 2018



[www.gerbenlaw.com](www.gerbenlaw.com)